RECEIVED
~~SDNY PRO SE OFFICE~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2017 SEP -5  PM 4:58

S.D. OF N.Y.

Sterrice Holman
_____
Write the full name of each plaintiff.

**17CV 6755**
_____CV_____
(Include case number if one has been assigned)

-against-

Stahl York Ave LLC
_____

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☑ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_SUCCESSION RIGHTS_

_____

_____

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Serrice Holman_, is a citizen of the State of
(Plaintiff's name)

_New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _Serrice Holman_, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _STAHL York AVE LLC_, is incorporated under the laws of the State of _New York City_

and has its principal place of business in the State of _NY_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _NY_.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Serrica_          _F_           _Holman_
First Name      Middle Initial    Last Name

_410 E. 65th St_
Street Address

_New York_          _NY_          _10065_
County, City         State         Zip Code

_917 488-3181_          _Serrice Holman@icloud.com_
Telephone Number         Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Serrice Holman
First Name / Last Name
Self Employed
Current Job Title (or other identifying information)
Same Address
Current Work Address (or other address where defendant may be served)
Same
County, City / State / Zip Code

Defendant 2: Gladys Beautiful Holman
First Name / Last Name
Daughter (7 yrs)
Current Job Title (or other identifying information)
Singer/recording artist
Current Work Address (or other address where defendant may be served)
N/A
County, City / State / Zip Code

Defendant 3: Miracle Holman
First Name / Last Name
Daughter (6 yrs)
Current Job Title (or other identifying information)
Singer/Songwriter/ recording artist
Current Work Address (or other address where defendant may be served)
Same
County, City / State / Zip Code

Defendant 4: _____

First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I've been at 410 E. 65th St NY NY 10065 since 2011 with my two small daughters dealing with unlivable conditions and now the lower courts have petitioned to evicting my family without careful review of the contempt of court that landlord has committed. The landlord has retaliated against me.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Emotional and mental distress
loss of Consortium
loss of property

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$100,000,000

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 9/5/17

Plaintiff's Signature: S Holman

First Name: Serrice

Middle Initial: —

Last Name: Holman

Street Address: 410 E. 65th St

County, City: New York

State: NY

Zip Code: 10065

Telephone Number: 917 488 3181

Email Address (if available): serriceholman@icloud.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.